UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-20630-CIV-O'SULLIVAN
[CONSENT]

DAVID PEREZ,

    Plaintiff,

v.

MICHAEL COLLINS GRILLE INC.
d/b/a The Press Room and
DWIGHT NELSON,

    Defendants.
_____/

## ORDER

THIS MATTER came before the Court on the Plaintiff's Verified Motion for Entry of Final Judgment (DE# 19, 6/25/07) and the Plaintiff's Supplement to His Previously Filed Motion for Entry of Final Judgment (DE# 22, 7/9/07).  Having reviewed the motions and having heard argument from counsel during the hearing held on July 18, 2007, it is

**ORDERED AND ADJUDGED** that the Plaintiff's Verified Motion for Entry of Final Judgment (DE# 19, 6/25/07) and the Plaintiff's Supplement to His Previously Filed Motion for Entry of Final Judgment (DE# 22, 7/9/07) are DENIED without prejudice to renew if the defendants make another late payment under the parties' Settlement Agreement.  The plaintiff may renew its motions to obtain a final judgment for the full amount of its claim by filing a copy of the transcript of the proceedings wherein the parties announced their settlement on the record in open court.

DONE AND ORDERED in Chambers at Miami, Florida, this **18th** day of July, 2007.

```
_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE
```

Copies provided to:
All counsel on record
Michael Collins Grill, Inc.
Dwight Nelson