UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-20630-CIV-O'SULLIVAN
[CONSENT]

DAVID PEREZ,

    Plaintiff,

v.

MICHAEL COLLINS GRILLE INC.
d/b/a The Press Room and
DWIGHT NELSON,

    Defendants.
_____/

## ORDER

THIS MATTER came before the Court on the Plaintiff's Renewed Verified Motion for Entry of Final Judgment and Motion for Sanctions (DE# 26, 8/13/07).  Rule 7.1(C), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than ten days after service of the motion as computed in the Federal Rules of Civil Procedure.  **Failure to do so may be deemed sufficient cause for granting the motion by default**.  (Emphasis supplied).

Having received no response from the defendant, and a response having been due, it is

**ORDERED AND ADJUDGED** that the Plaintiff's Renewed Verified Motion for Entry of Final Judgment and Motion for Sanctions (DE# 26, 8/13/07) is GRANTED.   The agreement between the parties was that if the defendants failed to pay the agreed amount of the settlement in a timely fashion, a judgment would be entered in the amount of $11,200.00 minus any payments received.  A total of $750.00 was received by the plaintiff.  Accordingly, $10,450.00 is due and owing to the plaintiff under the settlement.

The plaintiff also seeks attorneys fees in the amount of $1,680.00 (5.6 hours at an hourly rate of $300.00 per hour) and $36.30 in costs for the additional fees and expenses

incurred in this additional litigation.  The undersigned finds the hourly rate reasonable, the amount of time spent reasonable and the amount of costs sought reasonable.  Accordingly, the undersigned awards the plaintiff a total of $1,716.30 in fees and costs.

In accordance with the foregoing Order, the undersigned will enter a separate order for final judgment in favor of the plaintiff in the amount of $12,116.30, which represents the $10,450.00 due and owing under the settlement and the $1,716.30 award to the plaintiff for fees and costs.

DONE AND ORDERED in Chambers at Miami, Florida, this **20th** day of September, 2007.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
All counsel on record
Michael Collins Grill, Inc.
Dwight Nelson